| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brett Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>California State Bar Number: 264452<br>brett.bodie@blc-sd.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

| In re<br>Alejandro Flores<br>Lorraine Gomez<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-11057<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1. DEEDS OF TRUST [OR MORTGAGES]**<br>**2. LEASES ON PERSONAL PROPERTY;**<br>**3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*), Alejandro Flores & Lorraine Gomez , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on Feb 28, 2013 .

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     Page 1                            **F 3015-1.4.DEC.PRECONF.PYMTS**

5.  The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☒ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | $1,900.00 | 03/01/2013 | $939.41 paid 03/03/2014 <br> $943.44 paid 03/17/2014 |
|  | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): |  |  |  |
|  | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): |  |  |  |
|  | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): |  |  |  |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012        Page 2        **F 3015-1.4.DEC.PRECONF.PYMTS**

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

6.    ☐ Continued on Attached Page.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  April  2, 2014                             /s/ Alejandro Flores
                                                                   Alejandro Flores
                                                                   *Debtor*

Dated:  April  2, 2014                             /s/ Lorraine Gomez
                                                                   Lorraine Gomez
                                                                   *Joint Debtor*

---

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                Page 3                **F 3015-1.4.DEC.PRECONF.PYMTS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd
Ste 700
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):    Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 04/02/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(x) Elizabeth Rojas, Trustee (cacb_ecf_sv@ch13wla.com)
(x) US Trustee (ustpregion16.wh.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 2, 2014 | Brett Bodie 264452 | /s/ Brett Bodie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 4    F 3015-1.4.DEC.PRECONF.PYMTS

## Account History For 65975-21 (SHARE CHECKING)

Previous                    10-01-2013 To 03-07-2014                    Next

| Effective Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/07/2014 | | Purchase<br>JACK IN THE BOX #0326 JACK IN THE BOX #0326 , 03-06-2014 @ 3:16 Trace #:030603164129091925 0307 | -$5.76 | | $230.66 |
| 03/06/2014 | | PIN Purchase<br>TARGET T1309 TARGET T1309 VAN NUYS VAN NUYS , 03-06-2014 @ 19:58 Trace #:030619580793 0307 | -$6.26 | | $236.42 |
| 03/06/2014 | | PIN Purchase<br>FOOD 4 LESS 8035 WEBB AVE NORTH HOLLYWOOD , 03-06-2014 @ 15:44 Trace #:030615444409 0307 | -$38.72 | | $242.68 |
| 03/05/2014 | | PIN Purchase<br>CVS 06976 06976--4414 York BoulevLos Angeles , 03-05-2014 @ 7:50 Trace #:030507504891 0305 | -$25.20 | | $281.40 |
| 03/05/2014 | 5052 | Check# 5052 | -$80.00 | | $306.60 |
| 03/05/2014 | | PIN Purchase<br>RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA , 03-05-2014 @ 7:16 Trace #:030507164193 0305 | -$45.01 | | $386.60 |
| 03/05/2014 | | INS. PREM<br>PRIMERICA LIFE INS. PREM , 03-05-2014 @ : 0 Trace #:031100203149459 | -$38.06 | | $431.61 |
| 03/05/2014 | | PIN Purchase<br>ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH , 03-05-2014 @ 3:25 Trace #:030503250066 0305 | -$3.83 | | $469.67 |
| 03/04/2014 | | Purchase<br>MCDONALD'S M4117 OF CA MCDONALD'S M4117 OF CA , 03-03-2014 @ 21:24 Trace #:030321245320710026 0305 | -$6.54 | | $473.50 |
| 03/04/2014 | 5051 | Check# 5051 | -$281.00 | | $480.04 |
| 03/04/2014 | | SFPP<br>STATE FARM RO 27 SFPP , 03-04-2014 @ : 0 Trace #:021000021616247 | -$169.66 | | $761.04 |
| 03/03/2014 | | Purchase<br>CASA NUOVA ITALIAN CUISI CASA NUOVA ITALIAN C , 03-02-2014 @ 7:39 Trace #:030207393223207188 0303 | -$37.86 | | $930.70 |
| 03/03/2014 | | MORTGAGE<br>Bank of America MORTGAGE , 03-03-2014 @ : 0 Trace #:113000022624925 | -$4.00 | | $968.56 |
| 03/03/2014 | | MORTGAGE<br>Bank of America MORTGAGE , 03-03-2014 @ : 0 Trace #:113000022624920 | -$939.41 | | $972.56 |
| 03/03/2014 | | PIN Purchase<br>RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA , 03-03-2014 @ 3:26 Trace #:030303264944 0303 | -$50.04 | | $1,911.97 |
| 03/02/2014 | | PIN Purchase<br>FOOD 4 LESS 8035 WEBB AVE NORTH HOLLYWOOD , 03-02-2014 @ 18:58 Trace #:030218585661 0303 | -$7.77 | | $1,962.01 |
| 03/02/2014 | | PIN Purchase<br>CVS 09643 09643--8425 Lau CVS 09643 09643--84 , 03-02-2014 @ 18:42 Trace #:030218424302828514 0303 | -$6.86 | | $1,969.78 |
| 03/02/2014 | | Purchase<br>THE GREAT WOK THE GREAT WOK BURBANK , 02-28-2014 @ 10:46 Trace #:022810463526900012 0302 | -$47.00 | | $1,976.64 |
| 03/02/2014 | | Purchase<br>VALLARTA 17 - TAQU VALLARTA 17 - TAQU BUR , 03-01-2014 @ 4:47 Trace #:030104474020105009 0302 | -$32.71 | | $2,023.64 |
| 03/02/2014 | | Purchase<br>WETZEL'S PRETZELS 0414 WETZEL'S PRETZELS 0414 , 03-01-2014 @ 3:43 Trace #:030103431622200799 0302 | -$23.48 | | $2,056.35 |
| 03/01/2014 | | Purchase<br>BURGER KING #1054 BURGER KING #1054 NORT , 03- | -$9.22 | | $2,079.83 |

Show History for Suffix
21 SHARE CHECKING

Filter Options
Print Preview
Export Options
Quick Export

Date Opened
May 6, 2013
Amount Required
2.18
Last Transaction Date
March 27, 2014
Transferable
Yes
Withdrawable
Yes





| Date | Check# | Description | Amount | Balance |
|---|---|---|---|---|
| 03/22/2014 | | PIN Purchase<br>99-CENTS-ONLY # 6401 SAN FERNANDO RD GLENDA , 03-22-2014 @ 9:35 Trace #:032209350855 0322 | -$9.86 | $2,299.54 |
| 03/21/2014 | | Purchase<br>ShopHQ *89312046.4of6 ShopHQ *89312046.4of6 , 03-21-2014 @ 22:57 Trace #:032122575523006673 0322 | -$43.28 | $2,309.40 |
| 03/21/2014 | | Purchase<br>IN-N-OUT BURGER #10 IN-N-OUT BURGER #10 PA , 03-20-2014 @ 14:00 Trace #:032014001323100229 0321 | -$30.03 | $2,352.68 |
| 03/21/2014 | | DIRECT DEP<br>MEADOW BROOK DAI DIRECT DEP , 03-21-2014 @ : 0 Trace #:011900252564683 | $2,321.37 | $2,382.71 |
| 03/21/2014 | | PIN Purchase<br>ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH , 03-21-2014 @ 3:28 Trace #:032103280005 0321 | -$53.83 | $61.34 |
| 03/20/2014 | | PIN Purchase<br>Staples, Inc Staples, Inc NORTH HOL , 03-20-2014 @ 15:45 Trace #:032015455322218113 0321 | -$3.80 | $115.17 |
| 03/20/2014 | | PIN Purchase<br>W&G OIL LLC 4380 EAGLE ROCK BLVD LOS ANGELE , 03-20-2014 @ 13:17 Trace #:032013170061 0320 | -$32.92 | $118.97 |
| 03/20/2014 | | PIN Purchase<br>ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH , 03-20-2014 @ 3:35 Trace #:032003350063 0320 | -$3.83 | $151.89 |
| 03/20/2014 | | Purchase<br>LITTLE CAESARS 5745 LITTLE CAESARS 5745 LO , 03-19-2014 @ 3:04 Trace #:031903042623000178 0320 | -$13.07 | $155.72 |
| 03/19/2014 | | Purchase<br>BURGER KING #1054 BURGER KING #1054 NORT , 03-19-2014 @ 1:09 Trace #:031901093925207099 0320 | -$17.64 | $168.79 |
| 03/18/2014 | 5055 | Check# 5055 | -$33.00 | $186.43 |
| 03/17/2014 | | PIN Purchase<br>RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA , 03-17-2014 @ 19:42 Trace #:031719422671 0318 | -$40.00 | $219.43 |
| 03/17/2014 | | MORTGAGE<br>Bank of America MORTGAGE , 03-17-2014 @ : 0 Trace #:113000024143465 | -$943.44 | $259.43 |

Previous                                              10-01-2013 To 03-28-2014

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Brett Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>264452<br>☐ Attorney for Debtor(s): | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Alejandro Flores<br>Lorraine Gomez<br>Debtor(s). | CASE NO.: 1:14-bk-11057<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

# ELECTRONIC FILING DECLARATION
## (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☒ Other: Declaration re Post Petition Mortgage Payments    Date Filed: __04/02/2014__

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____    __04/02/2014__
Signature of Signing Party    Date
Alejandro Flores
Printed Name of Signing Party

_____    _____
Signature of Joint Debtor    Date
Lorraine Gomez
Printed Name of Joint Debtor

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____    __04/02/2014__
Signature of Attorney for Signing Party    Date
Brett Bodie 264452
Printed Name of Attorney for Signing Party

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*