# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Brett Bodie | Atty Name (if applicable): | Brett Bodie |
| Street Address: | 16133 Ventura Blvd Ste 700 Encino, CA 91436 | CA Bar No. (if applicable): | 264452 |
| Filer's Telephone No.: | 800-718-9688 | Atty Fax No. (if applicable): | 866-444-7026 |

| In re: | Case No. 1:14-bk-11057 |
|---|---|
| Alejandro Flores Lorraine Gomez | Chapter 13 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☐    No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☐    C ☐    D ☒    E ☐    F ☐    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐                          Other ☒ Summary of Schedules

NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Alejandro Flores and Lorraine Gomez, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED    March 27, 2014

Alejandro Flores
*Debtor Signature*

Lorraine Gomez
*Co-Debtor Signature*

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

B-1008 *Revised November 2011*

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the following parties on 04/02/2014:

See Attached Service List.

DATED:    April 2, 2014                                    Nicole Dominguez
                                                          Print or Type Name

                                                          /s/ Nicole Dominguez
                                                          *Signature*

(SEE ATTACHED MAILING LIST.)

**ATTACHED SERVICE LIST**
**FLORES, ALEJANDRO AND GOMEZ, LORRIANE (1:14-bk-11057-AA)**
**BANKRUPTCY LAW CENTER, APC**

Elizabeth Rojas, *Trustee*
15060 Ventura Blvd.,
Ste 240
Sherman Oaks, CA 91403

Office of the US Trustee
915 Wilshire Blvd.,
Suite 1850
Los Angeles, CA 90017

Bank of America
Attn: C Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Bank of America, National Assn
c/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017

Bank of America, National Assn
101 North Tryon St
Charlotte, NC 28202

B6 Summary (Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Central District of California

In re  Alejandro Flores
      Lorraine Gomez
                                    Debtor(s)

Case No. 1:14-bk-11057
Chapter  13

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $300,000.00 | | |
| B - Personal Property | Yes | 4 | $47,022.12 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | [CORRECTED] $501,854.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $1,208.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $60,821.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $6,865.71 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $6,535.17 |
| TOTAL | | 21 | $347,022.12 | [CORRECTED] $563,883.83 | |

Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
### Central District of California

In re  Alejandro Flores
       Lorraine Gomez
                                                Debtor(s)

Case No.  1:14-bk-11057
Chapter   13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $1,208.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $17,262.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $18,470.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 12) | $6,865.71 |
| Average Expenses (from Schedule J, Line 22) | $6,535.17 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $8,907.11 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $192,495.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $1,208.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $60,821.83 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $253,316.83 |

B6D (Official Form 6D) (12/07)

In re  Alejandro Flores
       Lorraine Gomez
                Debtor(s)

Case No.  1:14-bk-11057

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO. 149972730<br><br>Bank of America<br>Attn: C Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | | C | | Opened 3/01/07 Last Active 12/16/13<br><br>Deed of Trust<br><br>11923 Ratner St North Hollywood, CA 91605 | | | | | |
| | | | | VALUE $300,000.00 | | | | $492,495.00 | $192,495.00 |
| ACCOUNT NO. x9330<br><br>[DELETED]<br>Bank of America<br>Attn:CU/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | | C | | 04/2004<br><br>Junior Deed of Trust<br><br>11923 Ratner St North Hollywood, CA 91605 | | | | | |
| | | | | VALUE $300,000.00 | | | | [DELETED]<br>$288,000.00 | [DELETED]<br>$288,000.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  Alejandro Flores
       Lorraine Gomez
       Debtor(s)

Case No. 1:14-bk-11057

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6070562913181008 Onemain Financial Po Box 499 Hanover, MD 21076 | C | | Opened 2/01/13 Non-Purchase Money Security 2007 Chevrolet Silverado 88k mi Location: 11923 Ratner St, North Hollywood CA 91605 VALUE $9,791.00 | | | | $9,359.00 | $0.00 |
| | | | Total(s) (Use only on last page) | | | | [CORRECTED] $501,854.00 (Report also on Summary of Schedules) | [CORRECTED] $192,495.00 If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy