# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Brett Bodie | Atty Name (if applicable): | Brett Bodie |
| Street Address: | 16133 Ventura Blvd Ste 700 Encino, CA 91436 | CA Bar No. (if applicable): | 264452 |
| Filer's Telephone No.: | 800-718-9688 | Atty Fax No. (if applicable): | 866-444-7026 |

| In re: | Case No. 1:14-bk-11057 |
|---|---|
| Alejandro Flores<br>Lorraine Gomez | Chapter 13 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ☒    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A☐    B☐    C☒    D☒    E☐    F☐    G☐    H☐    I☐    J☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐        Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, Alejandro Flores and Lorraine Gomez, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:    May 5, 2014

Alejandro Flores
*Debtor Signature*

Lorraine Gomez
*Co-Debtor Signature*

**FOR COURT USE ONLY**

**SEE REVERSE SIDE**

B-1008 *Revised November 2011*

B6D (Official Form 6D) (12/07)

In re  Alejandro Flores  
     Lorraine Gomez                                                                           Case No.  1:14-bk-11057  
                                                        Debtor(s)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 149972730<br><br>Bank of America<br>Attn: C Unit/CA6-919-02-41<br>Po Box 5170<br>Simi Valley, CA 93062 | | C | Opened 3/01/07 Last Active 12/16/13<br><br>Deed of Trust<br><br>11923 Ratner St North Hollywood, CA 91605<br><br>VALUE $300,000.00 | | | | $492,495.00 | $192,495.00 |
| ACCOUNT NO. 6070562913181008<br><br>Onemain Financial<br>Po Box 499<br>Hanover, MD 21076 | | C | Opened 2/01/13<br><br>Non-Purchase Money Security<br><br>2007 Chevrolet Silverado 88k mi Location: 11923 Ratner St, North Hollywood CA 91605<br><br>VALUE $9,791.00 | | | | $9,359.00 | $0.00 |
| | | | Total(s)<br>(Use only on last page) | | | | CORRECTED:<br>$501,854.00 | CORRECTED:<br>$192,495.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  Alejandro Flores
       Lorraine Gomez
                          Debtor(s)

Case No.  1:14-bk-11057

## AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | CODEBTOR | Husband, Wife, Joint or Community  H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6C (Official Form 6C) (04/13)

In re  Alejandro Flores  
Lorraine Gomez  
Debtor(s)

Case No. 1:14-bk-11057

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under: (Check one box)  
☐ 11 U.S.C. §522(b)(2)  
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand<br>Location: In Debtors' Possession | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Schools First FCU Checking x5975 - Balance Less Than | C.C.P. § 703.140(b)(5) | 1,000.00 | 1,000.00 |
| Water & Power Community Credit Union Savings Acct - Balance Less Than | C.C.P. § 703.140(b)(5) | 50.00 | 50.00 |
| **Household Goods and Furnishings** | | | |
| Misc used household goods and furnishings<br>Location: 11923 Ratner St, North Hollywood CA 91605 | C.C.P. § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Wearing Apparel** | | | |
| Misc used clothing<br>Location: 11923 Ratner St, North Hollywood CA 91605 | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Misc used jewelry<br>Location: 11923 Ratner St, North Hollywood CA 91605 | C.C.P. § 703.140(b)(4) | 1,525.00 | 2,000.00 |
| | C.C.P. § 703.140(b)(5) | 475.00 | |
| **Interests in Insurance Policies** | | | |
| Primerca Term life insurance policy for Debtor<br>--no cash value, believed no saleable value | C.C.P. § 703.140(b)(7) | [CORRECTED] 0.00 | 0.00 |
| Primerca Term life insurance policy for Joint Debtor<br>--no cash value, believed no saleable value | C.C.P. § 703.140(b)(7) | [CORRECTED] 0.00 | 0.00 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*
Schedule of Property Claimed as Exempt consists of 2 total page(s)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6C (Official Form 6C) (04/13) -- Cont

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Joint-Debtor's CalPERS Account | C.C.P. § 703.140(b)(10)(E) | [CORRECTED] 16,981.12 | 16,981.12 |
| Western Conference of Teamsters Pension Trust --Has no liquidatable value. Debtor is entitled to monthly retirement benefit of $1165 per month at retirement age. | C.C.P. § 703.140(b)(10)(E) | [CORRECTED] 100,000.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Chevrolet Silverado 88k mi Location: 11923 Ratner St, North Hollywood CA 91605 | C.C.P. § 703.140(b)(5) | 432.00 | 9,791.00 |
| 2007 Chevrolet Tahoe 100k mi Location: 11923 Ratner St, North Hollywood CA 91605 | C.C.P. § 703.140(b)(2) | 5,100.00 | 14,150.00 |
| | C.C.P. § 703.140(b)(5) | 9,050.00 | |
| Total: | | [CORRECTED] 137,663.12 | 47,022.12 |

Sheet 2 of 2 total sheets in Schedule of Property Claimed as Exempt

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the following parties on 5/22/2014:

See Attached Service List.

DATED:   May 22, 2014                               Nicole Dominguez
                                                    Print or Type Name

                                                    /s/ Nicole Dominguez
                                                    *Signature*

(SEE ATTACHED MAILING LIST.)

B-1008 *Revised November 2011*

**ATTACHED SERVICE LIST**
**FLORES, ALEJANDRO AND GOMEZ, LORRIANE (1:14-bk-11057-AA)**
**BANKRUPTCY LAW CENTER, APC**

Elizabeth Rojas, *Trustee*
15060 Ventura Blvd.,
Ste 240
Sherman Oaks, CA 91403

Office of the US Trustee
915 Wilshire Blvd.,
Suite 1850
Los Angeles, CA 90017

Bank of America
Attn: C Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

Bank of America, National Assn
c/o CT Corporation System
818 W Seventh St
Los Angeles, CA 90017

Bank of America, National Assn
101 North Tryon St
Charlotte, NC 28202