| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brett Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>California State Bar Number: 264452<br>brett.bodie@blc-sd.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

| In re<br>    Alejandro Flores<br>    Lorraine Gomez<br><br><br><br><br><br><br><br><br><br>                                                    Debtor(s). | CASE NO.: 1:14-bk-11057<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>**1. DEEDS OF TRUST [OR MORTGAGES]**<br>**2. LEASES ON PERSONAL PROPERTY;**<br>**3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY**<br>**[LBR 3015-1(e) and LBR 3015-1(m)]**<br><br>[No Hearing Required] |

I, (*Debtor's name*),  Alejandro Flores & Lorraine Gomez  , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 02/28/2013

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    Page 1                                    **F 3015-1.4.DEC.PRECONF.PYMTS**

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*): Bank of America<br><br>(*check one*)<br>☒ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886 | 03/01/2014 | $939.41 paid 03/03/2014; $943.44 paid 03/17/2014 |
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*):Bank of America<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886 | 04/01/2014 | $943.41 paid 04/03/2014; $943.41 paid 04/22/2014 |
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*):Bank of America<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886 | 05/01/2014 | $939.41 paid 05/15/2014; $943.44 paid 05/22/2014 |
| 2007 Chevrolet Silverado 88k mi | Name of Creditor (*printed*): OneMain Financial<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☒ Car loan<br>☐ Lease<br>☐ Other (*specify*): | n/a | 03/01/2014<br>04/01/2014<br>05/01/2014<br>06/01/2014 | Car loan paid through chapter 13 plan. |

---

[1]Attach additional pages if necessary.
[2]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                         Page 2                         F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

6.  ☐ Continued on Attached Page.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 6, 2014

*[signature]*
Alejandro Flores
*Debtor*

Dated: June 6, 2014

*[signature]*
Lorraine Gómez
*Joint Debtor*

---

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Page 3     F 3015-1.4.DEC.PRECONF.PYMTS



**Statement of Account**

Contact Info

2200 W Artesia Blvd
Rancho Dominguez, CA 90220
Toll-Free: (866) 459-2345
www.SchoolsFCU.org

Member Number: 65975
Page Number: 3 of 8



| Trans Date | Transaction Description | Trans Amount | Balance |
|---|---|---|---|
| 04/02 | 4/01/14  3:15  JACK IN THE BOX #0326 JACK IN THE BOX #0326<br>PIN Purchase | -3.83 | 2,088.86 |
| | 4/02/14  3:33  ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH | | |
| 04/02 | INS.PREM<br>4/01/14  1  AM INCOME LIFE  INS.PREM | -33.19 | 2,055.67 |
| 04/02 | PIN Purchase | -2.62 | 2,053.05 |
| | 4/02/14 10:19  SUPER A FOODS #11 2250 YORK AVE.  HIGH | | |
| 04/02 | PIN Purchase | -71.45 | 1,981.60 |
| | 4/02/14 18:37  COSTCO WHSE #0677 1051 BURBANK BLVD BURB | | |
| 04/02 | PIN Purchase | -40.00 | 1,941.60 |
| | 4/02/14 19:56  ARCO PAYPOINT 6804 VINELAND AVE  NORTH HO | | |
| 04/03 | Purchase | -5.45 | 1,936.15 |
| | 4/02/14  2:58  LITTLE CAESARS 5745 LITTLE CAESARS 5745 LO | | |
| 04/03 | Purchase | -11.41 | 1,924.74 |
| | 4/02/14  3:06  JACK IN THE BOX #0326 JACK IN THE BOX #0326 | | |
| 04/03 | MORTGAGE<br>4/03/14  1  Bank of America  MORTGAGE | -943.41 | 981.33 |
| 04/03 | Draft Number 5056  Tracer 9017248372 | -122.00 | 859.33 |
| 04/03 | ATM Withdrawal | -10.99 | 848.34 |
| | 4/03/14 21:48  6300 N FIGUEROA ST US 6300 N FIGUEROA ST US | | |
| 04/03 | ATM Fee | -1.00 | 847.34 |
| 04/03 | ATM Withdrawal | -30.99 | 816.35 |
| | 4/03/14 21:49  6300 N FIGUEROA ST US 6300 N FIGUEROA ST US | | |
| 04/03 | ATM Fee | -1.00 | 815.35 |
| 04/03 | Purchase | -39.28 | 776.07 |
| | 4/02/14 23:35  BASKIN #361371  Q35 BASKIN #361371  Q35 | | |
| 04/04 | DIRECT DEP<br>4/04/14  1  MEADOW BROOK DAI  DIRECT DEP | 105.00 | 881.07 |
| 04/04 | DIRECT DEP<br>4/04/14  1  MEADOW BROOK DAI  DIRECT DEP | 2,156.90 | 3,037.97 |
| 04/04 | Purchase | -15.26 | 3,022.71 |
| | 4/03/14 12:52  IN-N-OUT BURGER #110 IN-N-OUT BURGER #110  B | | |
| 04/04 | PIN Purchase | -50.00 | 2,972.71 |
| | 4/04/14 16:32  RALPHS 11870 ROSCOE BLVD.  SUN VALLEY CA | | |
| 04/05 | ATM Withdrawal | -100.00 | 2,872.71 |
| | 4/05/14 13:07  CAL STATE LA FCU 5151 STATE UNIVERSITY DLOS A | | |
| 04/05 | PIN Purchase | -7.27 | 2,865.44 |
| | 4/05/14 13:22  99-CENTS-ONLY # 12711 SHE 99-CENTS-ONLY # 127 | | |
| 04/05 | PIN Purchase | -56.25 | 2,809.19 |
| | 4/05/14 14:28  COSTCO WHSE #0677 1051 BURBANK BLVD | | |



Statement of Account

Contact Info

2200 W. Artesia Blvd.
Rancho Dominguez, CA 90220

Toll-Free: (866) 459-2045

www.SchoolsFCU.org

| | | Member Number: | 65975 |
|---|---|---|---|
| | | Page Number: | 7 of 8 |

| Trans Date | Transaction Description | Trans Amount | Balance |
|---|---|---|---|
| 04/19 | 4/18/14 14:06 LEGOLAND-FOOD CARTS LEGOLAND-FOOD CARTS CA Purchase | -15.39 | 1,947.78 |
| 04/20 | 4/18/14 14:06 LEGOLAND CHURRO CART LEGOLAND CHURRO CART C Purchase | -32.57 | 1,915.21 |
| 04/20 | 4/19/14 7:00 BURGER KING #1054 BURGER KING #1054 NORT Purchase | -11.88 | 1,903.33 |
| 04/20 | 4/20/14 12:20 KNOTT'S BERRY FARM KNOTT'S BERRY FARM BUE Purchase | -43.28 | 1,860.05 |
| 04/21 | 4/20/14 23:09 ShopHQ *89312046.5of6 ShopHQ *89312046.5of6 AUTH PMT | -28.00 | 1,832.05 |
| 04/21 | 4/21/14 1 ChildFund Intl AUTH PMT Purchase | -110.99 | 1,721.06 |
| 04/21 | 4/19/14 7:19 KNOTT'S BERRY FARM ONLINE KNOTT'S BERRY FARM Purchase | -16.44 | 1,704.62 |
| 04/21 | 4/20/14 7:38 LITTLE CAESARS # 5723 Q67 LITTLE CAESARS # 57 PIN Purchase | -50.00 | 1,654.62 |
| 04/21 | 4/21/14 15:15 RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA PIN Purchase | -50.95 | 1,603.67 |
| 04/21 | 4/21/14 22:07 JCPENNEY STORE 0699 JCPENNEY STORE 0699 GL PIN Purchase | -26.83 | 1,576.84 |
| 04/21 | 4/21/14 22:46 THE CHILDRENS PLACE #1493 THE CHILDRENS PLACE PIN Purchase | -26.94 | 1,549.90 |
| 04/22 | 4/21/14 19:52 TARGET T2307 TARGET T2307 GLENDALE GLENDALE PIN Purchase | -43.83 | 1,506.07 |
| 04/22 | 4/22/14 3:32 ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH MORTGAGE | -943.41 | 562.66 |
| 04/22 | 4/22/14 1 Bank of America MORTGAGE PIN Purchase | -201.42 | 361.24 |
| 04/23 | 4/22/14 19:11 COSTCO WHSE #1071 13550 W. PAXTON ST PACO PIN Purchase | -7.85 | 353.39 |
| 04/23 | 4/23/14 8:39 99-CENTS-ONLY # 6235 YORK 99-CENTS-ONLY # 623 PIN Purchase | -12.32 | 341.07 |
| 04/24 | 4/23/14 18:12 SMARTNFINAL374 SMARTNFINAL374 N HOLLY Purchase | -6.52 | 334.55 |
| 04/25 | 4/23/14 10:38 SUBWAY 00127142 SUBWAY 00127142 PIN Purchase | -17.56 | 316.99 |
| | 4/25/14 19:13 MARY PARTY RENTAL SUPP 6746 LAUREL CANYON BLV | | |



# Schools Federal Credit Union

**Statement of Account**

Contact Info:
2200 W. Artesia Blvd.
Rancho Dominguez, CA 90220
Toll-Free: (866) 459-2345
www.SchoolsFCU.org

Member Number: 65975
Page Number: 4 of 8

| Trans Date | Transaction Description | Trans Amount | Balance |
|---|---|---|---|
| 05/06 | 5/06/14  8:15  CVS 09707 09707--14735 Ve CVS 09707 09707--14<br>PIN Purchase | -10.00 | 1,749.67 |
| 05/07 | 5/06/14 17:11  ARCO PAYPOINT 5800 SAN FERNANDO RD GLENDALE<br>PIN Purchase | -45.00 | 1,704.67 |
| 05/07 | 5/07/14  7:08  RALPHS 11870 ROSCOE BLVD.  SUN VALLEY CA<br>PIN Purchase | -9.73 | 1,694.94 |
| 05/07 | 5/07/14 15:36  99-CENTS-ONLY # 12711 SHE 99-CENTS-ONLY # 127<br>PIN Purchase | -43.09 | 1,651.85 |
| 05/09 | 5/07/14 16:00  ARCO PAYPOINT 82814 3949 E DENNISON AVE LO<br>PIN Purchase | -52.32 | 1,599.53 |
| 05/10 | 5/09/14 18:19  MACY'S   504 200 E CYP MACY'S   504 200<br>PIN Purchase | -16.32 | 1,583.21 |
| 05/10 | 5/10/14 11:16  RITE AID CORP. 935 N HOLLYWOOD WAY BURBANK<br>PIN Purchase | -10.58 | 1,572.63 |
| 05/10 | 5/10/14 12:26  VALLARTA 17 - TAQU VALLARTA 17 - TAQU BUR<br>PIN Purchase | -117.31 | 1,455.32 |
| 05/11 | 5/10/14 12:15  VALLARTA SUPERMARK VALLARTA SUPERMARK BUR<br>Purchase | -54.61 | 1,400.71 |
| 05/11 | 5/10/14 13:37  PORTOS BAKERY BURBANK PORTOS BAKERY BURBANK<br>PIN Purchase | -45.00 | 1,355.71 |
| 05/12 | 5/11/14 14:19  RALPHS 11870 ROSCOE BLVD.  SUN VALLEY CA<br>PIN Purchase | -46.84 | 1,308.87 |
| 05/13 | 5/12/14 17:18  ARCO PAYPOINT 82814 3949 E DENNISON AVE LO<br>PIN Purchase | -35.90 | 1,272.97 |
| 05/14 | 5/13/14 15:27  OLD NAVY USA OLD NAVY USA  Glendale<br>PIN Purchase | -3.83 | 1,269.14 |
| 05/14 | 5/14/14  3:30  ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH<br>Purchase | -100.72 | 1,168.42 |
| 05/14 | 5/14/14 11:01  DTV*DIRECTV SERVICE DTV*DIRECTV SERVICE 80<br>PIN Purchase | -40.02 | 1,128.40 |
| 05/15 | 5/14/14 15:11  RALPHS 11870 ROSCOE BLVD.  SUN VALLEY CA<br>PIN Purchase | -23.83 | 1,104.57 |
| 05/15 | 5/15/14  3:29  ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH<br>MORTGAGE<br>5/15/14  Bank of America   MORTGAGE | -943.41 | 161.16 |
| 05/15 | Draft Number 5063  Tracer 9774686431 | -20.00 | 141.16 |
| 05/15 | PIN Purchase | -30.99 | 110.17 |

# Schools Federal Credit Union

**Statement of Account**

Contact Info:
2200 W. Artesia Blvd.
Rancho Dominguez, CA 90220
Toll-Free: (866) 459-2345
www.SchoolsFCU.org

Member Number: 65975
Page Number: 6 of 8

| Trans Date | Transaction Description | Trans Amount | Balance |
|---|---|---|---|
| 05/20 | AUTH PMT<br>5/20/14  ChildFund Intl  AUTH PMT | -28.00 | 1,909.95 |
| 05/20 | PIN Purchase<br>5/20/14 15:47  TARGET T1408 TARGET T1408 EAGLE ROCKEAGLE ROC | -26.51 | 1,883.44 |
| 05/21 | Purchase<br>5/20/14  2:12  ShopHQ *89312046.6of6 ShopHQ *89312046.6of6 | -43.27 | 1,840.17 |
| 05/21 | PIN Purchase<br>5/21/14  3:31  ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH | -43.83 | 1,796.34 |
| 05/21 | VZW WEBPAY<br>5/21/14  VZ WIRELESS VW  VZW WEBPAY | -177.00 | 1,619.34 |
| 05/21 | PIN Purchase<br>5/21/14  7:10  RALPHS 11870 ROSCOE BLVD.  SUN VALLEY CA | -50.00 | 1,569.34 |
| 05/21 | Draft Number 5064  Tracer 9859253217 | -25.00 | 1,544.34 |
| 05/21 | PIN Purchase<br>5/21/14 16:20  GALCOS SODA POP STOP GALCOS SODA POP STOP  L | -9.12 | 1,535.22 |
| 05/21 | PIN Purchase<br>5/21/14 17:06  KAISER 0809259 KAISER 0809259   PANORAM | -10.00 | 1,525.22 |
| 05/21 | PIN Purchase<br>5/21/14 18:17  CVS 09643 09643--8425 Lau CVS 09643 09643--84 | -10.99 | 1,514.23 |
| 05/21 | Purchase<br>5/20/14 21:11  MCDONALD'S M2258 OF CA MCDONALD'S M2258 OF CA | -19.01 | 1,495.22 |
| 05/22 | **MORTGAGE**<br>**5/22/14  Bank of America    MORTGAGE** | **-943.41** | 551.81 |
| 05/22 | PIN Purchase<br>5/22/14 15:01  CVS 06976 06976--4414 York BoulevLos Angeles | -28.15 | 523.66 |
| 05/22 | Purchase<br>5/21/14 18:27  KAISER 253-3355-017009 KAISER 253-3355-017009 | -15.00 | 508.66 |
| 05/23 | PIN Purchase<br>5/23/14  7:13  FOOD 4 LESS 8035 WEBB AVE NORTH HOLLYWOOD | -5.90 | 502.76 |
| 05/23 | PIN Purchase<br>5/23/14 15:44  FOOD 4 LESS 8035 WEBB AVE NORTH HOLLYWOOD | -24.21 | 478.55 |
| 05/23 | ATM Withdrawal<br>5/23/14 16:21  CAL STATE LA FCU 5151 STATE UNIVERSITY DLOS A | -80.00 | 398.55 |
| 05/24 | PIN Purchase<br>5/24/14  7:43  CVS 09643 09643--8425 Lau CVS 09643 09643--84 | -9.93 | 388.62 |
| 05/24 | Purchase<br>5/23/14 13:24  UPSTART CROW UPSTART CROW  UNIVERSAL | -6.32 | 382.30 |
| 05/24 | PIN Purchase<br>5/24/14 13:19  TARGET T0294 TARGET T0294 N | -7.19 | 375.11 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd
Ste 700
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):   Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/19/2014 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
  (x) Elizabeth Rojas, Trustee (cacb_ecf_sv@ch13wla.com)   (x) US Trustee (ustpregion16.wh.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 19, 2014 | Brett Bodie 264452 | /s/ Brett Bodie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                Page 4                              F 3015-1.4.DEC.PRECONF.PYMTS