| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Brett Bodie<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd<br>Ste 700<br>Encino, CA 91436<br>800-718-9688 Fax: 866-444-7026<br>California State Bar Number: 264452<br>brett.bodie@blc-sd.com<br><br>☐ Debtor(s) appearing without an attorney<br>☐ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>Alejandro Flores<br>Lorraine Gomez<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:14-bk-11057<br>CHAPTER: 13<br><br>DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:<br>1. DEEDS OF TRUST [OR MORTGAGES]<br>2. LEASES ON PERSONAL PROPERTY;<br>3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY<br>[LBR 3015-1(e) and LBR 3015-1(m)]<br><br>[No Hearing Required] |

I, (*Debtor's name*), <u>Alejandro Flores & Lorraine Gomez</u>, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on <u>02/28/2013</u>

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012         Page 1         F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*): Bank of America<br><br>(*check one*)<br>☒ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886.00 | 03/01/2014 | $939.41 paid 03/03/2014; $943.44 paid 03/17/2014 |
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*):Bank of America<br><br>(*check one*)<br>☒ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886.00 | 04/01/2014 | $943.41 paid 04/03/2014; $943.41 paid 04/22/2014 |
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*):Bank of America<br><br>(*check one*<br>☒ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886.00 | 05/01/2014 | $939.41 paid 05/15/2014; $943.44 paid 05/22/2014 |
| 11923 Ratner St. North Hollywood, CA 91605 | Name of Creditor (*printed*): OneMain Financial<br><br>(*check one*)<br>☒ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,886.00 | 06/01/2014 | $ $943.41 paid 06/04/2014; $943.41 paid 06/16/2014. |

---

[1]Attach additional pages if necessary.
[2]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 2    F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| 2007 Chevrolet Silverado 88k mi | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☒ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | 03/01/2014<br>04/01/2014<br>05/01/2014<br>06/01/2014 | Car loan paid through chapter 13 plan |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

6.    ☐ Continued on Attached Page.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    June 23, 2014

_____
Alejandro Flores
*Debtor*

Dated:    June 23, 2014

_____
Lorraine Gomez
*Joint Debtor*

---

[3]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                Page 3                                F 3015-1.4.DEC.PRECONF.PYMTS

| Effective Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| | | GLEN , 06-04-2014 @ 10:23 Trace #:060410231826522004 0605 | | | |
| 06/05/2014 | | PIN Purchase RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA , 06-05-2014 @ 8:18 Trace #:060508185562 0605 | -$51.69 | | $1,098.95 |
| 06/05/2014 | | PIN Purchase FOOD 4 LESS 8035 WEBB AVE NORTH HOLLYWOOD , 06-05-2014 @ 7:18 Trace #:060507184420 0605 | -$9.49 | | $1,150.64 |
| 06/05/2014 | | INS. PREM PRIMERICA LIFE INS. PREM , 06-05-2014 @ : 0 Trace #:031100208935327 | -$40.02 | | $1,160.13 |
| 06/05/2014 | | Purchase JACK IN THE BOX 3170 JACK IN THE BOX 3170 G , 06-04-2014 @ 3:20 Trace #:060403202628400919 0605 | -$6.53 | | $1,200.15 |
| 06/04/2014 | | Purchase HSN*HSN1119625948 HSN*HSN1119625948 800- , 06-04-2014 @ 22:23 Trace #:060422232226008139 0605 | -$34.95 | | $1,206.68 |
| 06/04/2014 | | PIN Purchase PLAZA DISCOUNT DRY CLE PLAZA DISCOUNT DRY CLE , 06-04-2014 @ 17:50 Trace #:060417504921761381 0604 | -$8.00 | | $1,241.63 |
| 06/04/2014 | | PIN Purchase SEE'S CANDY #151 201 E MAGNOLIA SP 220BURBA , 06-04-2014 @ 17:23 Trace #:060417235301949133 0604 | -$6.70 | | $1,249.63 |
| 06/04/2014 | | Purchase MELS PALACE BAKERY MELS PALACE BAKERY LOS , 06-03-2014 @ 16:22 Trace #:060316220623900018 0604 | -$89.50 | | $1,256.33 |
| 06/04/2014 | | PIN Purchase CVS 09784 09784--1030 Col CVS 09784 09784--10 , 06-04-2014 @ 12:17 Trace #:060412171719159785 0604 | -$9.77 | | $1,345.83 |
| 06/04/2014 | | PIN Purchase KAISER 0809020 KAISER 0809020 PASADEN , 06-04-2014 @ 8:42 Trace #:060408423415212998 0604 | -$10.00 | | $1,355.60 |
| 06/04/2014 | 5065 | Check# 5065 | -$20.00 | | $1,365.60 |
| 06/04/2014 | | PIN Purchase RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA , 06-04-2014 @ 7:19 Trace #:060407192968 0604 | -$50.00 | | $1,385.60 |
| 06/04/2014 | | PAID SCGC THE GAS COMPANY PAID SCGC , 06-03-2014 @ : 0 Trace #:043301602689133 | -$23.73 | | $1,435.60 |
| 06/04/2014 | | MORTGAGE Bank of America MORTGAGE , 06-04-2014 @ : 0 Trace #:113000020347242 | -$943.41 | | $1,459.33 |

Previous                01-01-2014 To 06-12-2014                Next

© Copyright 2012 Schools Federal CU. All Rights Reserved.

| Effective Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 06/16/2014 | | PIN Purchase<br>FOOD 4 LESS 8035 WEBB AVE NORTH HOLLYWOOD , 06-16-2014 @ 13:35 Trace #:061613350534 0616 | -$34.22 | | $1,227.73 |
| 06/16/2014 | | PIN Purchase<br>TARGET T0294 TARGET T0294 N HOLLYWOONorth Hol , 06-16-2014 @ 12:57 Trace #:061612573526 0616 | -$27.49 | | $1,261.95 |
| 06/16/2014 | | Purchase<br>KFC 110 KFC 110 LOS ANGELES C , 06-15-2014 @ 8:18 Trace #:061508183822207000 0616 | -$40.32 | | $1,289.44 |
| 06/16/2014 | | MORTGAGE<br>Bank of America MORTGAGE , 06-16-2014 @ : 0 Trace #:113000021278254 | -$943.41 | | $1,329.76 |
| 06/16/2014 | | PIN Purchase<br>ARCO AM PM 83543 8004 LANKERSHIM BLVD NORTH , 06-16-2014 @ 3:38 Trace #:061603380006 0616 | -$43.83 | | $2,273.17 |
| 06/15/2014 | | Purchase<br>CASA NUOVA ITALIAN CUISI CASA NUOVA ITALIAN C , 06-14-2014 @ 4:06 Trace #:061404064021207188 0615 | -$30.77 | | $2,317.00 |
| 06/14/2014 | | Purchase<br>PARTY CITY PARTY CITY BURBANK , 06-13-2014 @ 12:52 Trace #:061312520929100289 0614 | -$8.14 | | $2,347.77 |
| 06/14/2014 | | Purchase<br>THE LEGO STORE THE LEGO STORE GLENDAL , 06-13-2014 @ 12:24 Trace #:061312244123000226 0614 | -$21.79 | | $2,355.91 |
| 06/14/2014 | | Purchase<br>JACK IN THE BOX #0341 JACK IN THE BOX #0341 , 06-13-2014 @ 3:36 Trace #:061303361726400489 0614 | -$25.44 | | $2,377.70 |
| 06/13/2014 | | PIN Purchase<br>JCPENNEY STORE 0699 JCPENNEY STORE 0699 GL , 06-13-2014 @ 21:34 Trace #:061321341701770621 0614 | -$34.88 | | $2,403.14 |
| 06/13/2014 | | PIN Purchase<br>JCPENNEY STORE 0699 JCPENNEY STORE 0699 GL , 06-13-2014 @ 21:33 Trace #:061321330001770360 0614 | -$37.04 | | $2,438.02 |
| 06/13/2014 | | PIN Purchase<br>7-ELEVEN 6780 VINELAND AVE NORTH HOLLYWO , 06-13-2014 @ 14:04 Trace #:061314040980 0613 | -$6.23 | | $2,475.06 |
| 06/13/2014 | | PIN Purchase<br>LANKERSHIM CAR WASH LANKERSHIM CAR WASH NO , 06-13-2014 @ 14:39 Trace #:061314394818925564 0613 | -$29.25 | | $2,481.29 |
| 06/13/2014 | | Purchase<br>DTV*DIRECTV SERVICE DTV*DIRECTV SERVICE 80 , 06-13-2014 @ 11:51 Trace #:061311514728000766 0613 | -$100.72 | | $2,510.54 |
| 06/13/2014 | | DIRECT DEP<br>MEADOW BROOK DAI DIRECT DEP , 06-13-2014 @ : 0 Trace #:051000014755558 | | $2,299.18 | $2,611.26 |
| 06/12/2014 | | PIN Purchase<br>COSTCO WHSE #1071 13550 W. PAXTON ST PACO , 06-12-2014 @ 15:13 Trace #:061215130021 0613 | -$140.74 | | $312.08 |
| 06/12/2014 | | PIN Purchase<br>RALPHS 11870 ROSCOE BLVD. SUN VALLEY CA , 06-12-2014 @ 14:17 Trace #:061214170193 0612 | -$45.00 | | $452.82 |
| 06/12/2014 | | Purchase<br>CRISTINAS BEAUTY SALON CRISTINAS BEAUTY SALON , 06-11-2014 @ 3:52 Trace #:061103523020207996 0612 | -$17.75 | | $497.82 |

Previous                                                                 01-01-2014 To 06-23-2014

© Copyright 2012 Schools Federal CU. All Rights Reserved.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16133 Ventura Blvd
Ste 700
Encino, CA 91436

A true and correct copy of the foregoing document entitled (*specify*):    Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 06/25/2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

(x) Elizabeth Rojas, Trustee (cacb_ecf_sv@ch13wla.com)
(x) US Trustee (ustpregion16.wh.ecf@usdoj.gov)

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 06/25/2014 | Brett Bodie 264452 | /s/ Brett Bodie |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 4    F 3015-1.4.DEC.PRECONF.PYMTS